IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANGEL LUIS SANTOS, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 09-3437 |
| | : | |
| JOHN DELANEY, | : | |
| | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this _____ day of January, 2014, upon consideration Defendant's Motion for Summary Judgment (Doc. 78), Plaintiff's Response in Opposition (Doc. 83), Defendant's Reply in Support (Doc. 88), and Plaintiff's Sur-Reply (Doc. 91), **IT IS HEREBY ORDERED AND DECREED** that Defendant's Motion is **DENIED**.[1]

**IT IS FURTHER ORDERED** that a **TELEPHONE CONFERENCE** to set a trial date certain shall be held on **January 23, 2014 at 2:00 pm.**[2]

BY THE COURT:

/s/ Petrese B. Tucker
_____
**Hon. Petrese B. Tucker, C. J.**

---

[1] This Order accompanies the Court's Memorandum Opinion dated January 17, 2014.

[2] This matter currently has a trial pool date of February 24, 2014. However, the Court has another matter proceeding to trial on this date. Prior to the telephone conference, the parties are instructed to confer on mutually agreeable, alternative dates for this case to proceed to trial.